# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS, ASSIGNEE FOR WAHN DICKERSON, LARRY LIPPFORD,** | : : : : | **CIVIL ACTION NO. 1:14-CV-0556** |
| Plaintiffs | : : | (Chief Judge Conner) |
| v. | : : | |
| **ONE OR MORE UNKNOWN NAMED U.S. AGENTS,** *et al.*, | : : : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 7th day of May, 2014, upon consideration of the motion (Doc. 4) for reconsideration filed by federal inmate Frederick Banks on behalf of plaintiffs Wahn Dickerson and Larry Lippford, it is hereby ORDERED that the motion (Doc. 4) is DENIED for failure to file a supporting brief in accordance with Local Rule of Court 7.10, which requires that "[a]ny motion for reconsideration or reargument must be accompanied by a supporting brief and filed within fourteen (14) days of the entry of the order concerned."

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania